**CRIMINAL COMPLAINT**
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**James Allen Hansen**<br>DOB: 1973; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**25-04239MJ** |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) 1324(a)(1)(B)(i).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about January 10, 2025, in the District of Arizona, **James Allen Hansen**, knowing and in reckless disregard of the fact that certain illegal aliens, to include Nicolas De La Cruz-Jacinto, Martin Florencio-De La Cruz, and Marcos Garcia-Avila, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On January 10, 2025, in the District of Arizona (Sonoita), at approximately 3:10 p.m., Border Patrol Agents (BPAs) observed a tan Ford Expedition traveling eastbound on State Route (SR) 82 near Patagonia, Arizona. BPAs noticed the vehicle appeared to be heavily laden in the rear and began following the vehicle. BPAs ran a registration check on the vehicle and learned the vehicle had a suspended registration and was registered to a female subject with an address in Mesa, Arizona. As BPAs followed the vehicle, the driver, later identified as **James Allen HANSEN**, noticed BPAs were behind him and without utilizing his turn signal, abruptly turned into the Patagonia Post Office. BPAs passed the Post Office and began monitoring the vehicle from Taylor Lane where they observed **HANSEN** exit the vehicle and make a phone call. At approximately 3:21 p.m., BPAs approached the vehicle for a consensual encounter and to perform an immigration inspection on the vehicle's occupants. BPAs parked next to the vehicle and as they approached **HANSEN**, they observed multiple subjects sitting on top of one another in the rear of the vehicle. BPAs approached **HANSEN** and asked him if the vehicle belonged to him to which he stated it belonged to someone else and claimed to know the subject sitting in the front passenger seat. A total of 12 passengers were found inside the vehicle and BPAs conducted an immigration inspection. All 12 passengers, to include Nicolas De La Cruz-Jacinto, Martin Florencio-De La Cruz, and Marcos Garcia-Avila, were determined to be citizens of Mexico, illegally present in the United States. Records checks revealed that Nicolas De La Cruz-Jacinto, Martin Florencio-De La Cruz, and Marcos Garcia-Avila do not possess the proper documentation to enter, pass through or remain in the United States legally.

Material witness Nicolas De La Cruz-Jacinto stated he is a citizen of Mexico, and he paid 30,000 Mexican Pesos to cross into the United States and that he would discuss the remaining amount later.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Nicolas De La Cruz-Jacinto, Martin Florencio-De La Cruz, and Marcos Garcia-Avila

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>*B Shetler* |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent |

Sworn by telephone  _x_

| SIGNATURE OF MAGISTRATE JUDGE[1)]   *Maria S. Aguilera* | DATE<br>January 13, 2025 |
|---|---|

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Enderle

**Continued from front page.**

De La Cruz stated he illegally crossed into the United States with a group of 12 subjects through the mountains near Nogales, Arizona. De La Cruz stated when they were picked up, he laid down behind the front passenger seat. De La Cruz was able to positively identify **HANSEN** as the driver of the vehicle that picked him up from a photo lineup.

Material witness Martin Florencio-De La Cruz stated he is a citizen of Mexico, and he paid 200,000 Mexican Pesos to be smuggled into the United States. Florencio stated he illegally crossed into the United States as part of a group of 12 subjects, and they waited for approximately 30 minutes before a vehicle picked them up. Florencio stated a greyish SUV stopped and he laid down in the rear cargo area of the vehicle. Florencio was able to positively identify **HANSEN** as the driver of the vehicle that picked him up from a photo lineup.

Material witness Marcos Garcia-Avila stated he is a citizen of Mexico, and he paid 3,000 Mexican Pesos to cross into the United States and that he was going to schedule a way to pay the reminder of the smuggling fee later. Garcia stated he illegally crossed into the United States as part of a group of 12 subjects, and they waited for about 30 minutes until a grey SUV picked them up. Garcia stated he entered the vehicle and laid down in the back of the SUV. Garcia was able to positively identify **HANSEN** as the driver of the vehicle that picked him up from a photo lineup.